IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

KEVIN M ENGLING )
 )
    Plaintiff, )
 )
vs. ) C03-4067MWB
 )
 ) ATTORNEY FEE JUDGMENT
COMMISSIONER OF SOCIAL ) IN A CIVIL CASE
SECURITY, )
JO ANNE B. BARNHART, )
 )
    Defendant. )
 )

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

That plaintiff's counsel is awarded attorney fees in the total amount of nine-thousand eight hundred twenty one dollars and no cents ($9,821.00), pursuant to 42 U.S.C. § 406 (b).

IT IS FURTHER ORDERED

That plaintiff's attorney is ordered to refund to the plaintiff the smaller fee awarded to plaintiff's attorney pursuant to the EAJA in the amount of four thousand five hundred dollars and no cents ($4,500.00).

DATED: May 13, 2005

APPROVED BY:

_MWB_
MARK W. BENNET, CHIEF DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Pridgen J. Watkins
Clerk

_____
(By) Deputy Clerk

65 - 46